**Billy G. NIMROD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41063.**

Missouri Court of Appeals,
Western District.

April 11, 1989.

Billy G. Nimrod, Pacific, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and SHANGLER and BERREY, JJ.

### ORDER

**PER CURIAM**

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).